UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00031-F

WILLIAM SCOTT DAVIS, JR.,                    )
          Plaintiff,                        )
                                  )
               v.                            )          ORDER
                                  )
SCOTT L. WILKINSON,                           )
          Defendant.                        )

The Clerk of Court is DIRECTED to re-assign this case to another district court judge.

SO ORDERED.

This, the __26__ day of January, 2011.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge