IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SCOTT DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:08-CV-176-BO |
| | ) | |
| TOWN OF CARY, NC, *et al.*, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM SCOTT DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:11-CV-31-BO |
| | ) | |
| SCOTT L. WILKINSON, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WAKE COUNTY HUMAN SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:12-CV-413-BO |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WILLIAM SCOTT DAVIS, JR. and | ) | |
| (a minor) J.F.D., Suing by, her and next | ) | |
| friend, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 5:14-CV-6-BO |
| | ) | |
| JUDGE MONICA BOUSMAN, *et al.*, | ) | |
| Defendants. | ) | |

# ORDER

This matter is before the Court on motions by William Scott Davis Jr., *pro se*, to set aside the judgment in these closed cases. Each of these cases has been dismissed, judgment has been entered, and in some cases appeals have been taken and mandate has issued. Mr. Davis' current filings, which are at best difficult to decipher, do not appear to provide the Court with any basis upon which to provide Mr. Davis with relief from judgment. Moreover, a pre-filing injunction has been entered against Mr. Davis, *see Davis v. Mitchell*, 5:12-CV-493-F (E.D.N.C. March 3, 2014), and it would appear that Mr. Davis may be attempting to use the instant motions to create an opportunity to relitigate these closed cases and, thus, avoid the pre-filing injunction.[1] The Court will not sanction such an action.

Accordingly, the motions to set aside judgment in each of the above-captioned cases are DENIED.

SO ORDERED, this 25 day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] A pre-filing injunction has also been issued against Mr. Davis in the Eastern District of Virginia. *Davis v. Jawaorski*, No. 4:13-CV-63 (E.D.Va. November 14, 2013).

2